MELVYN SILVER (SBN 48674)
RUTH SILVER TAUBE (SBN 169589)
SILVER & TAUBE
300 South First St., Ste. 205
San Jose, CA  95113
Attorneys for Plaintiff,
GRETCHEN HEINRICH
Telephone:    (408) 298-9755
Facsimile:    (408) 298-9699

**E-filed 8/10/05**

ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
REBECCA LABAT CROSBY (SBN 221241)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and KNIGHT-RIDDER, INC. LONG
TERM DISABILITY PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN HEINRICH,<br><br>Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and KNIGHT-RIDDER, INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No.: C 04-02943 JF<br><br>**STIPULATION TO EXTEND TIME FOR FILING OF MOTION FOR ATTORNEYS' FEES (Local Rule 6-2, 7-11)** |

Plaintiff GRETCHEN HEINRICH ("Plaintiff") and Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and KNIGHT-RIDDER, INC. LONG-TERM DISABILITY PLAN (collectively "Defendants") by and through their respective counsel of record,

-1-
STIPULATION AND ORDER

167332.1

-2-

1  hereby enter into this stipulation as follows:

2  WHEREAS, on July 29, 2005 this Court issued its Order granting plaintiff's motion for
3  summary judgment and denying defendant's motion for summary judgment and judgment was
4  entered on August 2, 2005; and,

5  WHEREAS, in its Order the Court noted that any motion for attorneys' fees must be filed
6  within 14 days of entry of judgment although time may be extended by stipulation pursuant to Civil
7  Local Rule 6-2; and,

8  WHEREAS, the parties have agreed to discuss resolution of the attorneys' fees/costs issue
9  without the need for filing a motion, but due to the schedules of both sides, counsel have been
10 unable to resolve the issue prior to the 14-day period set forth in the Court's Order.

11 NOW THEREFORE, the Parties jointly stipulate as follows:

12 1.   The deadline for the filing of a motion for attorneys' fees shall be continued through
13 and including September 2, 2005; and,

14 2.   The effect of the requested time modification will not affect any other issue in this
15 case or pending before this Court.

17 DATED:   August 8, 2005                SILVER & TAUBE

20 By:  _____/s/  Melvyn Silver_____
     MELVYN SILVER
21   Attorney for Plaintiff GRETCHEN HEINRICH

22 DATED:   August 8, 2005                WILSON, ELSER, MOSKOWITZ, EDELMAN
23                                       & DICKER LLP

25 By:  _/s/___Rebecca Labat Crosby_____
     ADRIENNE C. PUBLICOVER
26   REBECCA LABAT CROSBY
     Attorneys for Defendants THE PRUDENTIAL
27   INSURANCE COMPANY OF AMERICA
     and KNIGHT-RIDDER, INC. LONG-TERM
28   DISABILITY PLAN

-3-

1 **COURT ORDER**

2  PURSUANT TO STIPULATON, IT IS SO ORDERED.

3

4  Dated: 8/10/05                              /s/electronic signature authorized

5                                                      UNITED STATES DISTRICT COURT JUDGE

6                                                              Honorable Jeremy Fogel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER

-3-

167332.1