| | |
|---|---|
| 1 | MELVYN SILVER (SBN 48674) |
| | RUTH SILVER TAUBE (SBN 169589) |
| 2 | SILVER & TAUBE |
| | 300 South First St., Ste. 205 |
| 3 | San Jose, CA  95113 |
| | Telephone:     (408) 298-9755 |
| 4 | Facsimile:      (408) 298-9699 |

Attorneys for Plaintiff,
GRETCHEN HEINRICH

ADRIENNE C. PUBLICOVER (SBN 161432)                    **E-filed 12/6/05**
REBECCA LABAT CROSBY (SBN 221241)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendants,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and KNIGHT-RIDDER, INC. LONG
TERM DISABILITY PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRETCHEN HEINRICH, | ) | Case No.: C 04-02943 JF |
| | ) | |
| Plaintiff | ) | **STIPULATION FOR DISMISSAL AND** |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, and KNIGHT- | ) | |
| RIDDER, INC. LONG TERM DISABILITY | ) | |
| PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated by and between the parties to this action, plaintiff GRETCHEN HEINRICH ("Plaintiff") and defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and KNIGHT-RIDDER, INC. LONG-TERM DISABILITY PLAN (collectively

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
184342.1                                                        1

"Defendants"), by and through their respective counsel of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff and Defendants hereby attest that (1) the content of this document is acceptable to all persons required to sign the document; (2) counsel for Plaintiffs and Defendants have signed this document; and (3) the signed document is available for inspection upon request.

**SO STIPULATED AND AGREED:**

DATED:   November 21, 2005          SILVER & TAUBE


                                    By: _/s/_ Melvyn Silver_____
                                        MELVYN SILVER
                                        Attorney for Plaintiff GRETCHEN HEINRICH


DATED:   November 22, 2005          WILSON, ELSER, MOSKOWITZ, EDELMAN
                                    & DICKER LLP


                                    By: _/s/ Rebecca Labat Crosby_____
                                        ADRIENNE C. PUBLICOVER
                                        REBECCA LABAT CROSBY
                                        Attorneys for Defendants THE PRUDENTIAL
                                        INSURANCE COMPANY OF AMERICA
                                        and KNIGHT-RIDDER, INC. LONG-TERM
                                        DISABILITY PLAN

**ORDER**

PURSUANT TO STIPULATON, IT IS SO ORDERED.

Dated: 12/2/05                      /s/electronic signature authorized
                                    UNITED STATES DISTRICT COURT JUDGE

                                    Honorable Jeremy Fogel

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

184342.1                                    2